[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*IC*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

RUTH A JOHNSON )
)
)
)
Plaintiff(s), )
)
v. SUPREMEX USA INC )
)
)
)
Defendant(s). )

C

26-cv-03249
Judge Judge Georgia N. Alexakis
Magistrate Judge M. David Weisman
Random Cat 2

**RECEIVED**

MAR 2 4 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*MN*

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Ruth A Johnson is a resident** of the county of **Lake** in the state of **Indiana**.

3. The defendant is **Supremex USA Inc**, whose street address is **4114 S Peoria St.**, (city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP) **60609**

(Defendant's telephone number) (**773**) – **376-1212**

4. The plaintiff sought employment or was employed by the defendant at (street address) **was employed at 4114 S Peoria St.** (city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP code) **60609**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.      The plaintiff [*check one box*]

(a)   ☐   was denied employment by the defendant.

(b)   ☐   was hired and is still employed by the defendant.

(c)   ☒   was employed but is no longer employed by the defendant.

6.      The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month)___January___, (day)___01___, (year)___2022___.

7.1     *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)   The defendant is not a federal governmental agency, and the plaintiff
[*check one box*] ☐*has*  ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)   ☒the United States Equal Employment Opportunity Commission, on or about

(month)___August___ (day)__12__ (year)___2024___.

(ii)  ☒ the Illinois Department of Human Rights, on or about

(month)___August___ (day)__12__ (year)___2024___.

(b)   If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ Yes, ☐  No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a)      the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)     Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ Yes     ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes     ☐ N0, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)__January____ (day)__7___ (year)__2026___ a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.   The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify):   The Defendant failed to adjust the Plaintiff salary to match the comparables.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The Plaintiff met with the Regional Sales Manager, Rob Keller, on June 18, 2024 to discuss the pay disparity with him.

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

On April 8, 2024, Defendant hired Robert Stack into a newly created position at an annual salary of $80,000 plus commission.

At that time, Plaintiff Ruth A. Johnson had been employed by Defendant for approximately nineteen years. Plaintiff's annual salary was $62,740 plus a one-quarter percent (0.25%) commission. Defendant justified the pay disparity by stating that Robert Stack held a newly created position, while Plaintiff was classified as a Customer Service Representative.

Plaintiff performed duties comparable to those assigned to Robert Stack but was paid substantially less. Despite Plaintiff's substantially longer tenure and experience with Defendant, Defendant refused to adjust Plaintiff's compensation to match that of similarly situated employees.

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)     ☐ Direct the defendant to hire the plaintiff.

(b)     ☐ Direct the defendant to re-employ the plaintiff.

(c)     ☐ Direct the defendant to promote the plaintiff.

(d)     ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)     ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)     ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)     ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)     ☒  Grant such other relief as the Court may find appropriate.

*Ruth A Johnson*

(Plaintiff's signature)

Ruth A Johnson

(Plaintiff's name)

8400 Grant Cir, Apt 416

(Plaintiff's street address)

(City) Merrillville          (State) Indiana    (ZIP) 46410

(Plaintiff's telephone number) ( 773 ) – 208-0074

(Plaintiff's email: ruthannrajw@yahoo.com

Date: March 17, 2026

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

(3/17/2026) Addendum to Line 13

## Allegations of Discriminatory Compensation

Plaintiff Ruth A. Johnson and Robert Stack performed similar work despite different titles, with Johnson training Stack to manage a major account.

Defendant listed Johnson as part of its "Sales Team" on her business card, contradicting claims she was only a Customer Service Representative.

Johnson received a 0.25% commission rate, while Robert Biester received 2%. The Defendant incorrectly stated Johnson received no commission and overlooked her role in developing customer accounts.

Male commission-based employees were paid at higher rates for comparable sales work.

Inconsistencies in the Defendant's explanations support an inference of discriminatory pay.

Johnson was paid less than similarly situated male employees, despite greater tenure and experience.

The wage disparities were based on sex and not justified by seniority, merit, or other lawful factors; the Defendant reviewed all compensation and showed reckless disregard for Johnson's lower pay.

Ruth A Johnson

*Ruth A Johnson*

8400 Grant Cir., Apt. 416

Merrillville, IN  46410

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 440-2024-08597 |
| Illinois Department Of Human Rights | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Ms. Ruth A. Johnson

Home Phone:     773-208-0074

Year of Birth:     1955

Street Address:     6743 S Pointe Dr Unit 1C

TINLEY PARK, IL 60477

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Royal Envelope Co a div. of Supremex

No. Employees, Members: 201 - 500 Employees

Phone No.:

Street Address:     4114 S Peoria

CHICAGO, IL 60609

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

Equal Pay, Sex

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/01/2022

Latest: 08/07/2024

---

THE PARTICULARS ARE:

I began my employment with the Respondent in or around November 2004. My current position is Customer Service Representative. During my employment, I have been paid less than similarly situated male employees. I complained to the Respondent.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my sex, female, in violation of the Equal Pay Act of 1963, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

---

Page 1 of 3

EEOC Form 5 (07/24)
Digitally Signed By: Ms. Ruth A. Johnson
08/12/2024

Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant

Subscribed and sworn to before me this date: _____

EEOC No. 440-2024-08597 | FEPA No.

# AMENDED CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 440-2024-08597 |
| Illinois Department Of Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Ms. Ruth A. Johnson

Phone No.: 773-208-0074
Year of Birth: 1955
Mailing Address: 6743 S Pointe Dr Unit 1C
TINLEY PARK, IL 60477

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: ROYAL ENVELOPE CO A DIV. OF SUPREMEX
No. Employees, Members: 201 - 500 Employees
Phone No.:
Mailing Address: 4114 S PEORIA ST
CHICAGO, IL 60609, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Equal Pay, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/01/2022
Latest: 12/31/2024

THE PARTICULARS ARE:

I began my employment with the Respondent in or around November 2004. My last position was Customer Service Representative. During my employment, I was paid less than similarly situated male employees. I complained to the Respondent. Subsequently, I did not receive a 20-year mark bonus nor a Christmas bonus, whereas similar situated employees did.

I believe I have been discriminated against because of my sex, female, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my sex, female, and in retaliation for engaging in protected activity, in violation of the Equal Pay Act of 1963, as amended.

EEOC Form 5 (06/24)                                                                                       Page 1 of 3

EEOC No. 440-2024-08597 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Ms. Ruth A. Johnson
05/27/2025
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (10/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/07/2026

**To:** Ms. Ruth A. Johnson
8400 Grant Cir, Apt. 416
Merrillville, IN 46410
Charge No: 440-2024-08597

EEOC Representative and email:    FATIMA SANDOVAL
INVESTIGATOR
FATIMA.SANDOVAL@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2024-08597.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
01/07/2026
Amrith Kaur Aakre
District Director

**Cc:**
Vera Rego
Royal Envelope Corporation
4114 S PEORIA ST
Chicago, IL 60609

Jeralyn Baran
Kilpatrick Townsend & Stockton LLP
500 W MADISON ST STE 3700
Chicago, IL 60661

Aracely Aguilera
Royal Envelope Co A Div. Of Supremex
4114 South Peoria St.
Chicago, IL 60609

Please retain this Notice for your records.